# Law Offices of Donald Yannella, P.C.
Member of NY & NJ Bars
Tel: (212) 226-2883
Fax: (646) 430-8379
Email: nynjcrimlawyer@gmail.com

70 Grand Avenue, Suite 100  
River Edge, NJ 07661

233 Broadway, Suite 2370  
New York, NY 10279  
(Preferred mailing address)

November 12, 2019

Hon. Paul G. Gardephe  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, NY 10007

  Re:  United States v. Angela Melecio  
     19-cr-00789 (PGG)

Dear Judge Gardephe:

 I am counsel for Angie Melecio, indicted under the name Angela Melecio. I respectfully request that the deadline to satisfy the conditions of the bond be extended from November 14, 2019 to November 18, 2019. No prior requests have been made for an extension.

 AUSA Matthew Andrews informs me that he has no objection to this application.

            Sincerely,

            /s/

            Donald J. Yannella, Esq.

MEMO ENDORSED

The Application is granted.

SO ORDERED:  
*[signature]*  
Paul G. Gardephe, U.S.D.J.  
Dated: Nov. 13, 2019