# Law Offices of Donald Yannella, P.C.
Member of NY & NJ Bars
Tel: (212) 226-2883
Fax: (646) 430-8379
Email: nynjcrimlawyer@gmail.com

70 Grand Avenue, Suite 100
River Edge, NJ 07661

233 Broadway, Suite 2370
New York, NY 10279
(Preferred mailing address)

January 28, 2020

Hon. Paul G. Gardephe
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

MEMO ENDORSED

The Application is granted.

SO ORDERED:

_/s/ Paul G. Gardephe_
Paul G. Gardephe, U.S.D.J.

Dated: Jan 29, 2020

Re:   United States v. Angela Melecio
      19-cr-00789 (PGG)

Dear Judge Gardephe:

I am counsel for Angie Melecio, who requests a temporary modification of her travel restrictions to visit her mother, Lillian Sanabria-Ruiz, at a hospital in Rhode Island. I provided AUSA Matthew Andrews and Pretrial Officer Marnie Gerardino with my client's travel plans, including the name of the hospital and the address at which my client will be staying during the trip.

Specifically, Ms. Melecio seeks a temporary modification of her travel restrictions to permit travel to Rhode Island on January 30, 2020 and return on February 2, 2020.

AUSA Matthew Andrews and United States Pretrial Officer Marnie Gerardino inform me that they have no objection to this application.

Sincerely,

/s/

Donald J. Yannella, Esq.

cc:   Pretrial Officer Marnie Gerardino