**Law Offices of Donald Yannella, P.C.**
Member of NY & NJ Bars
Tel: (212) 226-2883
Fax: (646) 430-8379
Email: nynjcrimlawyer@gmail.com

**70 Grand Avenue, Suite 100**
**River Edge, NJ 07661**

**233 Broadway, Suite 2370**
**New York, NY 10279**
(Preferred mailing address)

March 4, 2020

Hon. Paul G. Gardephe
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:   United States v. Angela Melecio
            19-cr-00789 (PGG)

Dear Judge Gardephe:

    I am counsel for Angie Melecio, who requests a temporary modification of her travel restructions to visit her mother and sister in Rhode Island. I provided AUSA Louis Pellegrino and Pretrial Officer Marnie Gerardino with my client's travel plans, including the address at which my client would be staying.

    Specifically, Ms. Melecio seeks a temporary modification of her travel restrictions to permit travel to Rhode Island on March 19, 2020 and return on March 22, 2020.

    AUSA Louis Pellegrino and United States Pretrial Officer Marnie Gerardino inform me that they have no objection to this application.

                         Sincerely,

                         /s/

                         Donald J. Yannella, Esq.

cc:   Pretrial Officer Marnie Gerardino

**MEMO ENDORSED**

The Application is granted.
SO ORDERED:

/s/ Paul Gardephe
Paul G. Gardephe, U.S.D.J.
Dated: March 10, 2020