Law Offices of
# Donald J. Yannella
A Professional Corporation  
Email: nynjcrimlawyer@gmail.com  
Tel: (212) 226-2883  
Fax: (646) 430-8379

**70 Grand Avenue, Suite 100**  
**River Edge, NJ  07661**

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

*/s/ Paul G. Gardephe*

Paul G. Gardephe, U.S.D.J.

Dated: March 10, 2021

Hon. Paul G. Gardephe  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, NY  10007

    Re:    United States v. Angela Melecio  
               19-cr-00789 (PGG)

Dear Judge Gardephe:

    I am counsel for Angie Melecio, who requests a temporary modification of her travel restrictions to visit her mother. I provided AUSA Louis Pellegrino and Pretrial Officer Marnie Gerardino with my client's travel plans, including the address at which my client would be staying.

    Specifically, Ms. Melecio seeks a temporary modification of her travel restrictions to permit travel to Rhode Island on March 27, 2021 and return on March 28, 2021.

    AUSA Louis Pellegrino and United States Pretrial Officer Marnie Gerardino inform me that they have no objection to this application.

                                                Sincerely,

                                                /s/

                                                Donald J. Yannella, Esq.

cc:    Pretrial Officer Marnie Gerardino