Law Offices of
# Donald J. Yannella
A Professional Corporation
Email: nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

| | |
|---|---|
| **70 Grand Avenue, Suite 100**<br>**River Edge, NJ  07661** | **233 Broadway, Suite 2370**<br>**New York, NY  10279**<br>(Preferred mailing address) |

May 26, 2021

Hon. Paul G. Gardephe
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:
/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.

Dated: June 2, 2021

Re:   United States v. Angela Melecio
      19 Cr. 789 (PGG)

Dear Judge Gardephe:

    I am counsel for Angie Melecio, who requests modification of her conditions of Pretrial Release to include mental health evaluation and treatment.

    United States Pretrial Officers Marnie Gerardino and Dominique Jackson, from the Eastern and Southern Districts of New York respectively, and Assistant United States Attorney Mathew Andrews have no objection to this application.

Sincerely,

/s/

Donald J. Yannella, Esq.

cc:   Pretrial Officer Marnie Gerardino