UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

- v. -

ANGELA MELECIO,
    a/k/a "Angie,"
    a/k/a "P2,"
STEPHANIE PASCAL,
    a/k/a "Steph,"
    a/k/a "P5,"
EDWARD ABAYEV,
    a/k/a "Eddie,"
and YANIRIS DELEON
    a/k/a "Jen,"

                Defendants.

**ORDER**

19 Cr. 789 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        A plea hearing will be held as to Defendants Angela Melecio, Stephanie Pascal, Edward Abayev, and Yaniris Deleon on **June 22, 2021 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
         June 11, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge