UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  - v. -<br><br>ANGELA MELECIO,<br>  a/k/a "Angie,"<br>  a/k/a "P2,"<br><br>      Defendant. | **ORDER**<br><br>19 Cr. 789 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

    Defendant Angela Melecio's sentencing will take place on **November 1, 2021 at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Any submissions on behalf of Defendant Melecio are due by **October 11, 2021**. The Government's submission is due by **October 18, 2021**.

    The Probation Department is directed to prepare a presentence investigation report for Defendant Melecio.

Dated: New York, New York
    June 23, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

1