Law Offices of
# Donald J. Yannella
A Professional Corporation
Email: nynjcrimlawyer@gmail.com
Tel:  (212) 226-2883
Fax:  (646) 430-8379

| | |
|---|---|
| **70 Grand Avenue, Suite 100** | **233 Broadway, Suite 2370** |
| **River Edge, NJ  07661** | **New York, NY  10279** |
| | (Preferred mailing address) |

October 14, 2021

Hon. Paul G. Gardephe
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

    Re:    United States v. Angela Melecio
            19-cr-00789 (PGG)

Dear Judge Gardephe:

    I am counsel for Angie Melecio, who is s[cheduled for sentencing on] November 1, 2021. I respectfully request that [the sentencing be adjourned] to the second week in January 2022.

    No prior requests have been made to ad[journ sentencing. I am] collecting information and documents which a[re necessary to prepare Ms.] Melecio's sentencing memorandum.

    AUSA Mathew Andrews informs me that he has no objection to this application.

**MEMO ENDORSED:**
Defendant Angela Melecio's sentencing, currently scheduled for November 1, 2021, is adjourned to **January 7, 2022 at 11:00 a.m.** Any submissions on behalf of the Defendant are now due on December 17, 2021. The Government's submission is now due on December 24, 2021.

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge
    Dated: October 20, 2021

    Sincerely,

    /s/

    Donald J. Yannella, Esq.