Law Offices of
# Donald J. Yannella
A Professional Corporation
**Email: nynjcrimlawyer@gmail.com**
Tel: (212) 226-2883
Fax: (646) 430-8379

| | |
|---|---|
| 70 Grand Avenue, Suite 100<br>River Edge, NJ 07661 | 233 Broadway, Suite 2370<br>New York, NY 10279<br>(Preferred mailing address) |

March 15, 2022

Hon. Paul G. Gardephe
United States District Judge
40 Foley Square
New York, NY 10007

  Re: United States v. Angela Melecio
     19-cr-00789 (PGG)

Dear Judge Gardephe:

  I represent Angie Melecio, who is currently serving a three-year term of supervised. Ms. Melecio surrendered her passport to Pretrial Services while she was on pretrial supervision.

  With the consent of Assistant United States Attorney Matthew Andrews and US Probation Officer Javier Enciso, I respectfully request that Your Honor order Pretrial Services to return Ms. Melecio's passport to her.

           Sincerely,

           /s/ *Donald Yannella*
           Donald J. Yannella, Esq.

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:
*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.
Dated: March 16, 2022

cc. US Probation Officer Javier Enciso, via email